IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CELEO ECHENIQUE,<br><br>    Plaintiff,<br><br>vs.<br><br>TUCSON UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | No. CIV 06-278-TUC-CKJ<br><br>**ORDER** |

On December 10, 2007, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. # 55] in which she recommended Defendant's Motion for Summary Judgment [Doc. # 34] be granted and Plaintiff's Motion for Summary Judgment [Doc. # 36] be denied. The magistrate judge advised the parties that any written objections were to be served and filed within 10 days of being served with a copy of the Report and Recommendation. No objections to the Report and Recommendation have been filed.

After an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 55] is ADOPTED;
2. Defendant's Motion for Summary Judgment [Doc. #s 34 and 47] is GRANTED.
3. Plaintiff's Motion for Summary Judgment [Doc. # 36] is DENIED.

1   4.  Judgment is awarded in favor of Defendant and against Plaintiff.
2   5.  The Clerk of the Court shall enter judgment accordingly and shall then close
3       its file in this matter.
4   DATED this 4th day of January, 2008.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge